

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2019

No. 04-19-00013-CV

**IN THE INTEREST OF C.W.L.**, G.L.L, L.R. III., and A.R., Children

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15759A
Honorable Cathy Morris, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is ordered DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on March 13, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2019.

_____
Keith E. Hottle, Clerk of Court